# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA MARTINEZ RENDON,<br><br>        Plaintiff,<br><br>   v.<br><br>USCB, INC.,<br><br>        Defendant. | Case No. 1:22-cv-01179-JLT-SAB<br><br>ORDER RE: STIPULATION TO SET ASIDE DEFAULT AGAINST DEFENDANT USCB, INC. AND EXTENDING TIME FOR RESPONSIVE PLEADING TO BE FILED<br><br>(ECF Nos. 10, 13, 14) |

Elsa Martinez Rendon ("Plaintiff") initiated this civil action on September 16, 2022. (ECF No. 1.) On December 19, 2022, Plaintiff returned the executed summons for Defendant USCB, Inc., indicating service was effected on December 15, 2022. (ECF No. 8.) Defendant did not timely answer the complaint, but later filed an answer on February 7, 2023. (See ECF No. 11.) Meanwhile, on February 3, 2023, the Clerk of the Court entered default against Defendant at Plaintiff's request. (ECF Nos. 9, 10.)

On March 15, 2023, Plaintiff and Defendant USCB, Inc. filed a stipulation to set aside the default against Defendant USCB, Inc. and that the Court accept Defendant's responsive pleading filed on February 7, 2023. (ECF No. 14.) The Court finds good cause exists to grant the stipulated relief.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

    1.    The default entered against Defendant USCB, Inc. on February 3, 2023 (ECF No.

10), is SET ASIDE; and

2. Defendant USCB, Inc.'s answer, filed February 7, 2023 (ECF No. 11) is ACCEPTED.

IT IS SO ORDERED.

Dated:  **March 15, 2023**

UNITED STATES MAGISTRATE JUDGE

2