UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA MARTINEZ RENDON,<br><br>   Plaintiff,<br><br>   v.<br><br>USCB, INC.,<br><br>   Defendant. | Case No.: 1:22-cv-01179-JLT-SAB<br><br>*HON. JENNIFER L. THURSTON*<br><br>ORDER APPROVING STIPULATION ADMITTING LIABILITY FOR STATUTORY DAMAGES OF $1,000; DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE; SETTING 30 DAY DEADLINE FOR FILING OF ATTORNEY'S FEE/COSTS PETITION.<br><br>(Doc. 19) |

Pursuant to the stipulation of the parties filed October 10, 2023 (Doc. 19), the Court **ORDERS** that Defendant is liable for statutory damages under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692(e), of $1,000 for purposes of this litigation only.

Because it appears that the parties intended for the stipulation to resolve the only claim in this case, the Clerk of Court is directed to **ENTER JUDGMENT** in favor of Plaintiff and against Defendant in the amount of $1,000.

The Clerk of Court is further ordered to **CLOSE THIS CASE**.[1]

---

[1] The stipulation indicated that the issue of attorneys' fees and costs remained outstanding as of October 2023. Because that is a post-judgment matter, immediate entry of judgment and closure of the case is appropriate.

1

To the extent the parties are unable to resolve the outstanding issues of fees and costs informally, any fee petition is due within 30 days of the date of this order. Because it has been approximately nine months since the stipulation regarding liability was filed, the Court is highly unlikely to entertain any requests to continue that deadline.

IT IS SO ORDERED.

Dated: **July 9, 2024**

UNITED STATES DISTRICT JUDGE